**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7577**

ALISON LEVON BOYD,

              Plaintiff - Appellant,

        v.

CITY OF GREENSBORO, Employer of Defendants; GREENSBORO CITY
COMMISSIONER, Police Officer; RYAN H. COGGINS, Officer; OFFICER
CHRISTOPHER COTTONARO, Police Officer,

              Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Malcolm J. Howard,
Senior District Judge.  (1:11-cv-00505-MJH-PTS)

Submitted:  April 19, 2012          Decided:  April 24, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alison Levon Boyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alison Levon Boyd appeals a district court order adopting the magistrate judge's report and recommendation and dismissing his civil rights complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2006) for failing to state a claim.

We agree with the district court that Boyd failed to state a claim, although we do so upon alternate grounds. With regard to Boyd's claim that the strip search violated his Fourth Amendment rights, we note that during the criminal proceedings the district court found that Boyd consented to the search. He is precluded from rearguing this claim. Boyd also claims that local police took his wallet, some documents and $2100 in cash without due process. We conclude that this claim must fail because North Carolina has adequate post-deprivation remedies that are available to Boyd.

Accordingly, we affirm. We deny Boyd's motion for a default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2